IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MYRON ANDERSON**  PLAINTIFF
**ADC #123288**

V.  NO. 4:22-cv-00085-LPR-ERE

**JAMES SHIPMAN and**
**JAMES GIBSON**  DEFENDANTS

## ORDER

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin, along with objections filed by Mr. Anderson. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Mr. Anderson's claims are DISMISSED without prejudice, and this case will be CLOSED. The Court certifies that this dismissal constitutes a "strike" for purposes of 28 U.S.C. § 1915(g) and that an *in forma pauperis* of this dismissal would be frivolous and not taken in good faith. See 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 18th day of April 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE