IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MYRON ANDERSON** **PLAINTIFF**
**ADC #123288**

V.            NO. 4:22-cv-00085-LPR-ERE

**JAMES SHIPMAN and**
**JAMES GIBSON** **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that Mr. Anderson's claims be DISMISSED. This case is closed. The Court certifies that this dismissal constitutes a "strike" for purposes of 28 U.S.C. § 1915(g) and that an *in forma pauperis* of this dismissal would be frivolous and not taken in good faith. See 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 18th day of April 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE